UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CULLEN M. HANKERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF RISK MANAGEMENT, GREG PRESSEL and MARRY ELLEN COMBO,<br><br>　　　　　Defendants. | CASE NO. C13-6036 BHS-KLS<br><br>ORDER EXTENDING DEADLINES |

　　　This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.  The case is before the Court upon the parties stipulated motion for a continuance.  Dkt. 21.  After reviewing the record, the undersigned finds and ORDERS as follows:

　　　1.　　Plaintiff's motion for a continuance, (Dkt. 16), is denied in light of the subsequent stipulation.

　　　2.　　Discovery is continued until September 12, 2014.  Service of responses to interrogatories and to requests to produce, and the taking of depositions shall be completed by this date.  Fed. R. Civ. P. 33(b)(3) requires answers or objections to be served within thirty (30) days after service of the interrogatories.  The serving party, therefore, must serve his/her

ORDER EXTENDING DEADLINES- 1

1 interrogatories at least thirty (30) days before the deadline in order to allow the other party time
2 to answer.

3     3.     Dispositive motions must be filed on or before October 24, 2014.

4     4.     The parties are advised that a due date for filing a Joint Pretrial Statement may be
5 established at a later date pending the outcome of any dispositive motions.

6     The Clerk is directed to send a copy of this Order to Plaintiff.

7     Dated this 15th day of May, 2014.

*[signature]*

Karen L. Strombom
United States Magistrate Judge